UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL H. ENGEL, JR.,

    Plaintiff,     Case No.:

v.

BUSY BEE CABINETS, INC.,

    Defendant.
_____/

### DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, 1446, and 1447, Defendant Busy Bee Cabinets, Inc. ("Defendant"), hereby gives notice of removal of the case styled *Daniel H. Engel, Jr. v. Busy Bee Cabinets, Inc.*, designated as Case No. 20-CA-001783, currently pending in the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division.  Defendant is only removing Counts I and II of the Complaint, as Count III is a claim under Florida's Workers' Compensation Law, Fla. Stat. § 440.205, which is not removable.  As grounds in support thereof, Defendant states:

    1.    Daniel Engel, Jr. ("Plaintiff") filed a Complaint pending in the Circuit Court in and for Sarasota County, Florida, styled *Daniel H. Engel, Jr. v. Busy Bee Cabinets, Inc.*, designated as Case No. 20-CA-001783.  Plaintiff filed this action on May 4, 2020.  *See* **Exhibit A** – the Complaint.

    2.    In his Complaint, Plaintiff asserts in Count I claims of discrimination under the Americans with Disabilities Act of 1990, as amended, ("ADA") and asserts in Count II claims of interference and retaliation under the Family Medical Leave Act of 1993 ("FMLA").

1

3. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

4. Because Plaintiff raises federal claims under the ADA and the FMLA, this action presents a federal question that is removable pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1331. Defendant is only removing Counts I and II of the Complaint because Count III asserts a claim for retaliation under Florida Workers Compensation Law, Fla. Stat. § 440.205, which is not removable to federal court.

5. Because the conduct alleged in the Complaint relates to Plaintiff's employment with Defendant in Sarasota County, Florida, all conduct is alleged to have occurred within Sarasota County, Florida, and Plaintiff filed his Complaint in the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida, Defendant files this Notice in the Tampa Division of the United States District Court for the Middle District of Florida. *See* **Exhibit A** – the Complaint.

6. Defendant was served with the Summons and Complaint on May 7, 2020. *See* **Exhibit B** – Proof of Service on Defendant. This removal is therefore timely as it is filed within thirty (30) days after receipt of the Summons and Complaint. *See* 28 U.S.C. § 1446(b).

7. Pursuant to 28 U.S.C. § 1446(a), with this Notice, Defendant is simultaneously filing copies of all process, pleadings, and orders in the state court action, which are attached hereto as composite **Exhibit C**.

8. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice will be served on Plaintiff and a copy of this Notice will be filed concurrently with the Clerk of Circuit

Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida, which is attached hereto as **Exhibit D**.

WHEREFORE, on the foregoing basis, Defendant Busy Bee Cabinets, Inc. respectfully submits that removal of Counts I and II of this action from the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida, to this Court is proper.

    Respectfully submitted,

FORD HARRISON LLP

By: /s/ David M. Kalteux
    Edward B. Carlstedt
    Florida Bar No. 136972
    ecarlstedt@fordharrison.com
    David M. Kalteux
    Florida Bar No. 118746
    dkalteux@fordharrison.com

    101 E. Kennedy Boulevard, Suite 900
    Tampa, Florida 33602
    Telephone:  (813) 261-7800
    Facsimile:   (813) 261-7899
    Attorneys for Busy Bee Cabinets, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 27, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Deirdre J. DiBiaggio, Esq.
    One Flagler Building
    14 N.E. 1st Avenue
    Suite 1107
    Miami, Florida 33132
    djd@dibiaggiolaw.com
    dlawparalegal@gmail.com

    /s/ David M. Kalteux

WSACTIVELLP:11526894.1